PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 19-1191 thru 19-1232
_____

In re: PENNEAST PIPELINE COMPANY, LLC

STATE OF NEW JERSEY; NEW JERSEY DEPARTMENT
OF ENVIRONMENTAL PROTECTION; NEW JERSEY
STATE AGRICULTURE DEVELOPMENT COMMITTEE;
DELAWARE & RARITAN CANAL COMMISSION; NEW
JERSEY WATER SUPPLY AUTHORITY; NEW JERSEY
DEPARTMENT OF TRANSPORTATION; NEW
JERSEY DEPARTMENT OF THE TREASURY; NEW
JERSEY MOTOR VEHICLE COMMISSION,
Appellants
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Nos. 3-18-cv-01597, et seq.)

ORDER AMENDING OPINION
_____

It has come to the attention of the Clerk that Lela
Hollabaugh counsel for amicus appellees Interstate Natural
Gas Association of America, et al., was not listed as counsel

on the opinion of this Court in addition American Gas Association was not listed as an amicus appellee.

   Accordingly, it is hereby O R D E R E D that the listing of counsel on the opinion is amended as follows:

Anna M. Manasco
Lela Hollabaugh
Bradley Arant Boult Cummings
1819 Fifth Avenue North
One Federal Place
Birmingham AL  35203
*Counsel for Amicus Appellees*
*American Gas Association, Interstate Natural Gas Association*
*of America, American Petroleum Institute, Chamber of*
*Commerce of the United States of America,*
*National Association of Manufacturers*

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Date:  September 11, 2019
cc: All Counsel of Record